**Fill in this information to identify the case:**

Debtor 1     Rafael Colon _____

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN _____ District of   PA _____
                                                                                             (State)

Case number    25-12223-djb _____

Official Form 410S1

# Notice of Mortgage Payment Change               12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank, N.A.            **Court claim no**. (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:   5487 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice    07 / 14 / 2025

**New total payment:**    $ 322.68
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[X] No
[ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

     **Current escrow payment:** $ _____      **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No
[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

     **Current interest rate:** _____%      **New interest rate:** _____%

     **Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[ ] No
[X] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

     Reason for change: Consistent with the terms and conditions of the home equity line of credit variable rate note

     **Current mortgage payment:** $ 293.82      **New mortgage payment:** $ 322.68

Debtor 1    Rafael Colon        Case number (*if known*) 25-12223-djb
        First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Andrew M. Lubin
Signature

Date 06/24/25

Print:   Andrew M. Lubin     Title: Attorney for creditor
       First Name   Middle Name   Last Name

Company: McCabe, Weisberg & Conway, LLC

Address: 1420 Walnut Street, Suite 1501
       Number   Street
Philadelphia, PA 19102
       City      State   ZIP Code

Contact phone (215) 790 – 1010     Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:     Rafael Colon<br><br>                    Debtor(s)<br><br>Citizens Bank, N.A., or its Successor or Assignee<br>                    Movant<br>          vs.<br><br>Kenneth E. West, Trustee<br>Rafael Colon<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 25-12223-djb |

## CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I, Andrew M. Lubin, attorney for Citizens Bank, N.A., hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:   06/25/25

| | | |
|---|---|---|
| Rafael Colon<br>7022 Algard St<br>Philadelphia, Pennsylvania 19135-1702<br><br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | Michael A. Cibik, Esquire<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania 19102<br>Attorney for Debtor | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, Pennsylvania 19106<br>Trustee |

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

```
---------------- K E E P   F O R   Y O U R   R E C O R D S ----------------
                 K E E P   F O R   Y O U R   R E C O R D S

                                        ACCOUNT NUMBER:   ****

 BILLING     CREDIT    AVAILABLE                    MINIMUM
   DATE       LIMIT      CREDIT                     PAYMENT
 06-17-25     36000         0                        322.68


---------------------------- S U M M A R Y ----------------------------
                             S U M M A R Y
   PREVIOUS        CHARGES        INTEREST       PAYMENTS    CREDIT/DEBIT
   BALANCE        AND FEES        CHARGES       AND CREDITS   ADJUSTMENT
   48207.94         14.91          307.77           .00           .00

                                            NEW BALANCE:     48530.62

-------------------- I N T E R E S T   C H A R G E S --------------------
                     I N T E R E S T   C H A R G E S
              FROM   DAYS  DAILY BALANCE  DAY/MTHLY RT  ANNUAL RT   INT CHARGES
Curr Month  05/17/25  32      36,004.68      0.0267123   9.75000       307.77
            Total Days   32    Total Interest Charges:                 307.77



   36004.68  Average Daily Balance    9.75000 Annual Percentage Rate

-------------------- P A Y M E N T   B R E A K D O W N --------------------
                     P A Y M E N T   B R E A K D O W N
       PAYMENT ELEMENT                           AMOUNT
       PAYMENT ELEMENT                           AMOUNT
       Minimum Payment Due                       322.68
       Interest                                  307.77
       LATE CHARGE                                14.91


-----------------                                       -----------------

Rafael Colon
7022 Algard St
Philadelphia           PA 19135 1702




                                                    FOR PAYMENT
                                                    DUE:
                                                    07-14-25




       Make Check Payable to: Citizens One Home Loans
                              Payment Processing Center
                              P.O. Box 42111
                              Providence, Rhode Island 02940-2111
```