United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-12223-djb
Rafael Colon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jul 25, 2025 | Form ID: pdf900 | Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rafael Colon, 7022 Algard St, Philadelphia, PA 19135-1702 |
| 15014943 | | CCO Mortgage Corp., Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 15014946 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15014948 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 15014962 | + | McCabe, Weisberg & Conway, 1420 Walnut St Ste 1501, Philadelphia, PA 19102-4015 |
| 15014966 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15014981 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 26 2025 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 26 2025 00:11:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 15014944 | | Email/Text: BKPT@cfna.com | Jul 26 2025 00:11:00 | CFNA, Attn: Bankruptcy, BK?11/Customer Service PO Box 81315, Cleveland, OH 44181-0315 |
| 15014949 | | Email/Text: megan.harper@phila.gov | Jul 26 2025 00:11:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15014939 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2025 00:28:45 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15014940 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2025 00:30:19 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15014941 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2025 00:29:49 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15014942 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2025 00:29:08 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15014945 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 26 2025 00:11:00 | Cit Bank Na/loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15014947 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2025 00:29:55 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15014950 | | Email/Text: bankruptcy@philapark.org | Jul 26 2025 00:11:00 | City of Philadelphia, Parking Violation Branch, |

Case 25-12223-djb   Doc 16   Filed 07/27/25   Entered 07/28/25 00:33:25   Desc Imaged
                          Certificate of Notice      Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 25, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| ID | Flag | Method | Timestamp | Recipient |
|---|---|---|---|---|
| | | | | PO Box 41819, Philadelphia, PA 19101-1819 |
| 15014951 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2025 00:11:00 | Comenity Bank/Kingsize, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15014952 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2025 00:11:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15014953 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2025 00:11:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15014954 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2025 00:11:00 | Comenity/onestop, ATTN: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15014956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2025 00:11:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15014955 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2025 00:11:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15014961 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2025 00:46:56 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15017568 | + | Email/Text: EBN@brockandscott.com | Jul 26 2025 00:11:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15014957 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 26 2025 00:11:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15017569 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 26 2025 00:11:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-7939 |
| 15014958 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 26 2025 00:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15014959 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2025 00:11:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15014960 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2025 00:29:42 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15014963 | | Email/Text: fesbank@attorneygeneral.gov | Jul 26 2025 00:11:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15014968 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2025 00:11:00 | PNC Financial Services, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 15014964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15014965 | ^ | MEBN | Jul 26 2025 00:00:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15014967 | | Email/Text: bankruptcy@philapark.org | Jul 26 2025 00:11:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15014969 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:29:14 | SYNCB/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15014970 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:29:42 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15014971 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:28:46 | Syncb/Rooms To Go, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5060 |
| 15014972 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:28:46 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15014973 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:29:14 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |

Case 25-12223-djb   Doc 16   Filed 07/27/25   Entered 07/28/25 00:33:25   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 15014974 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:29:45 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15014975 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:47:07 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15014976 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:30:25 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15014977 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:29:58 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15014978 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:29:48 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15014979 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:47:46 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15014980 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2025 00:11:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025                  Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Citizens Bank  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rafael Colon help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| RYAN PETER SRNIK | on behalf of Creditor Freedom Mortgage Corporation ryan.srnik@brockandscott.com  wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Rafael Colon )   Case No. 25−12223−djb
 )
 )
Debtor(s). )   Chapter: 13
 )
 )

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 07/07/2025, this case is hereby DISMISSED.

**Date: July 25, 2025**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2
Plan
Schedules A/B
Schedules C
Schedules D
Schedules E/F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Attorney Compensation
Statement of Current Monthly Income (122C1)
Statement of Financial Affairs
Summary of Assets and Liabilities